peddlers, salesmen, and solicitors and a $200 fine upon all other persons for the same act.

For the reasons stated, the ordinance is void and the conviction thereunder cannot be sustained.

The judgment is reversed and the prosecution is ordered dismissed.

Henry **GILLILAND**, Appellant,

v.

**STATE** of Texas, Appellee.

No. 32827.

Court of Criminal Appeals of Texas.

Jan. 25, 1961.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

: This is a prosecution under Article 802, Vernon's Ann.P.C., for the violation of which a jail term is mandatory.

: The punishment assessed being less than the minimum provided by law, the judgment will be reversed on appeal. Malone v. State, Tex.Cr.App., 328 S.W.2d 310; Henderson v. State, Tex.Cr.App., 318 S.W.2d 898, and cases there cited.

The judgment is reversed and the cause remanded.